**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto CERVANTES–FLORES,**
**Defendant–Appellant.**

No. 06–50030.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 27, 2006.*

Filed Jan. 19, 2007.

Steven E. Stone, Esq., San Diego, CA, for Plaintiff–Appellee.

Robert H. Rexrode, III, Esq., San Diego, CA, for Defendant–Appellant.

Before: BRIGHT,** BEA, and IKUTA, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

---

MEMORANDUM \*\*\*

Roberto Cervantes–Flores appeals his sentence, which was reaffirmed on a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). Cervantes–Flores had no right to allocute during the limited remand under our decision in *Ameline,* our due process jurisprudence, or Rule 32 of the Federal Rules of Criminal Procedure. *See United States v. Silva,* 472 F.3d 683, 686–87 (9th Cir.2007).

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

